## STATE v. JAMES EDWARD MILLER.

(Filed 20 March, 1957.)

APPEAL by defendant from *Huskins, J.,* 1 October, 1956 "A" Term, MECKLENBURG Superior Court.

· This criminal prosecution resulted in a conviction of involuntary manslaughter. From the judgment imposed, the defendant appealed, assigning as error the refusal of the court to grant his motion for a directed verdict.

*George B. Patton, Attorney General, and T. W. Bruton, Asst. Attorney General, for the State.*

*Ray S. Farris and James B. Ledford for defendant, appellant.*

PER CURIAM. The evidence, when viewed in the light most favorable to the State, is sufficient to go to the jury on the question of defendant's culpable negligence in the operation of the automobile in which the deceased was riding and to sustain a conviction of involuntary manslaughter. No valid reason is made to appear why the judgment should be disturbed.

No error.